624

*ORDER*

PER CURIAM.

**AND NOW,** this 31st day of August, 2015, the Order of the Court of Common Pleas is hereby **AFFIRMED.** *See Commonwealth v. Hopkins,* 632 Pa. 36, 117 A.3d 247 (2015).

122 A.3d 360

**COMMONWEALTH of Pennsylvania, Appellant**

**v.**

**David Lee MAYES, Jr., Appellee.**

Supreme Court of Pennsylvania.

Aug. 31, 2015.

*ORDER*

PER CURIAM.

**AND NOW,** this 31st day of August, 2015, the Order of the Court of Common Pleas is hereby **AFFIRMED.** *See Commonwealth v. Hopkins,* 632 Pa. 36, 117 A.3d 247 (2015).